**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2020-CA-0817

Troy D. Grimes

- - Versus - -

19th Judicial District Court
Louisiana Department of Public Safety and Corrections
Case #: 678064
East Baton Rouge Parish

On Application for Rehearing filed on 05/12/2021 by Troy D. Grimes

Rehearing _____**DENIED**_____

_____
J. Michael McDonald

_____
Guy Holdridge

_____
Allison H. Penzato

Date ___JUN 0 3 2021_____

_____
Rodd Naquin, Clerk